# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEREK ALLEN SEE** and ) | |
| **CATHY JO SEE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. CIV-14-595-HE |
| ) | |
| **AMERICAN SECURITY INSURANCE** ) | |
| **COMPANY a/k/a ASSURANT SPECIALTY** ) | |
| **PROPERTY,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Derek Allen See and Cathy Jo See and Defendant American Security Insurance Company, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), jointly stipulate to the dismissal of this action with prejudice to future filings. Each party will bear its own costs and attorneys' fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of Plaintiffs Derek Allen See and Cathy Jo See against named Defendant American Security Insurance Company be dismissed with prejudice.

Respectfully submitted,

  *s/Michael D. Denton, Jr.*
(signed by J. Derrick Teague with permission)
Michael D. Denton, Jr. (OBA #13939)
DENTON LAW FIRM
925 West State Highway 152
Mustang, OK 73064
Telephone: (405) 376-2212
Facsimile: (405) 376-2262
Email: Michael@dentonlawfirm.com

***ATTORNEY FOR PLAINTIFFS***


  *s/J. Derrick Teague*
J. Derrick Teague (OBA #15131)
JENNINGS | TEAGUE, P.C.
204 North Robinson, Suite 1000
Oklahoma City, Oklahoma 73102
Telephone: (405) 609-6000
Facsimile: (405) 609-6501
Email: dteague@jenningsteague.com

Walter D. Willson (MSB # 7291)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi  39205-0131
Telephone:  (601) 605-6900
Facsimile:  (601) 605-6901
Email: wwillson@wellsmar.com

***ATTORNEYS FOR DEFENDANT***
***AMERICAN SECURITY INSURANCE COMPANY***